1514

**2011–0170.   U.S. Bank, N.A. v. Perry.**
Cuyahoga App. No. 94757, 2010-Ohio-6171. Discretionary appeal accepted; cause held for the decision in 2011–0218, *U.S. Bank, N.A. v. Duvall,* Cuyahoga App. No. 94174, 2010-Ohio-6478; and briefing schedule stayed.

PFEIFER, J., dissents.

**2011–0442.   Clager v. State.**
Licking App. No. 10–CA–49, 2010-Ohio-6074. Discretionary appeal accepted; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

PFEIFER, J., dissents.